UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Securities and Exchange Commission, :
:
                Plaintiff, :
:
      v. :
:
Abraxas Discala, :  Case No. 14 CIV. 4346 (ENV) (RML)
Marc E. Wexler, :
Matthew A. Bell, :
Craig L. Josephberg, and :
Ira Shapiro, :
:
                Defendants. :
:

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Opposition to Plaintiff's Motion to Amend the Complaint and Declaration of Maranda E. Fritz, Michael Morris will move this Court on a date and time to be designated by the Court, before the Honorable Eric N. Vitaliano, at the United States Federal Courthouse, 225 Cadman Plaza, Brooklyn, New York 11201, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for intervention for the purpose of opposing Plaintiff's motion to amend the complaint and for such other relief as the Court deems appropriate.

Dated: December 18, 2015
      New York, New York

                    THOMPSON HINE LLP

                    */s/ Maranda Fritz*
                    Maranda E. Fritz
                    Eli B. Richlin
                    maranda.fritz@thompsonhine.com
                    eli.richlin@thompsonhine.com
                    335 Madison Avenue
                    Suite 1200
                    New York, NY  10017-4611
                    Telephone: 212-344-5680
                    Fax: 212-344-6101

                    *Counsel for Michael Morris*

cc:    Clerk of the Court (ENV)
       Counsel

2